UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY ANTHONY JONES, ) | 1:06-CV-00725 OWW JMD HC |
| ) | |
| Petitioner, ) | |
| ) | ORDER GRANTING PETITIONER'S MOTION |
| v. ) | FOR JUDICIAL NOTICE [Doc. #14] |
| ) | |
| MENDOZA-POWERS, ) | |
| ) | |
| Respondent. ) | |

Petitioner Ray Anthony Jones ("Petitioner") is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 29, 2008, Petitioner filed a motion for judicial notice of a recent California Supreme Court decision.

The Court may take judicial notice of facts that are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2); United States v. Bernal-Obeso, 989 F.2d 331, 333 (9th Cir. 1993). A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980). While the California Supreme Court's opinion is not binding precedent on this Court, it may be of persuasive value in the Court's determination of the merits of Petitioner's claims.

Accordingly, the Court hereby TAKES judicial notice of the California Supreme Court's opinion in In re Lawrence, 44 Cal.4th 1181 (Cal. 2008).

IT IS SO ORDERED.

Dated:   October 2, 2008                    /s/ John M. Dixon
                                       UNITED STATES MAGISTRATE JUDGE